**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **MARY PITTS,** | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 4:25-CV-00894-MTS |
| vs. | ) | |
| | ) | |
| **SSM HEALTH SAINT LOUIS** | ) | |
| **UNIVERSITY HOSPITAL**, | ) | |
| | ) | |
| Defendants. | ) | |

**JOINT MOTION TO EXTEND DEADLINE TO FILE MOTION FOR DISMISSAL**

The parties jointly move the Court to extend the deadline for the parties to file their Motion for Dismissal, and respectfully request that the Court grant a further extension of forty-five (45) days. In support, the parties state that they reached a settlement during mediation on May 4, 2026, the settlement Agreement has been signed, and the parties are in the process of obtaining payment.

Respectfully Submitted,


 */s/ Jennifer L. Walker*
Joseph A. Ott, #67889
Jennifer L. Walker, #75800
75 W. Lockwood Avenue, Suite 1
Webster Groves, MO 63119
T: (314) 293-3756 | F: (314) 689-0080
joe@ott.law | jennifer@ott.law
*Attorneys for Plaintiff Mary Pitts*

 */s/ Amy L. Blaisdell*
Amy L. Blaisdell, #51068
UB Greensfelder LLP
T: 314.241.9090
F: 314.241.8624
ABlaisdell@ubglaw.com
*Attorney for Defendant SSM Health Saint Louis*
*University Hospital*