**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

MARY PITTS,                                )
                                           )
        Plaintiff,                         )
                                           )
    vs.                                    )        Case No. 4:25-cv-0894-MTS
                                           )
SSM HEALTH SAINT LOUIS                     )
UNIVERSITY HOSPITAL,                       )
                                           )
        Defendant.                         )

## ORDER OF DISMISSAL

The parties have not complied with orders by the Court to file appropriate dismissal papers. *See* Docs. [29], [32]. The parties' filings nevertheless show that this action is moot. *See* Doc. [33-1]. The Court therefore will dismiss this action without prejudice for lack of subject-matter jurisdiction. *See Riley v. Nationwide Mut. Ins. Co.*, No. 4:24-cv-1565-MTS, 2026 WL 322747 (E.D. Mo. Feb. 6, 2026).

Accordingly,

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice.

Dated this 5th day of August 2026.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE